UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARLO KRISTIAN McGOVERN,<br><br>        Plaintiff<br><br>  v.<br><br>WILSON, *et al.*,<br><br>        Defendants | Case No. 2:19-cv-01977-RFB-DJA<br><br>**ORDER** |

**I. DISCUSSION**

  On November 8, 2019, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983. With his initial filing, Plaintiff did not pay the full $400 filing fee or file an application to proceed *in forma pauperis*. On November 18, 2019, the Court issued an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate or pay the full $400 filing fee for this civil action. (ECF No. 3). On December 4, 2019, Plaintiff filed an application to proceed *in forma pauperis* <u>without the required financial attachments</u>. (ECF No. 7). Also, on December 4, 2019, Plaintiff filed a motion to waive financial certificate (ECF No. 6).

  Plaintiff's application to proceed *in forma pauperis* is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff has not submitted an inmate account statement for the past six months or a properly executed financial certificate</u>. (*See* ECF No. 7). The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis* by filing an inmate account statement for the past six months and a properly

executed financial certificate, or in the alternative, pay the full filing fee for this action within **forty-five (45) days** from the date of this order. If Plaintiff fails to file an inmate account statement for the past six months and a properly executed financial certificate, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

With respect to Plaintiff's motion to waive financial certificate (ECF No. 6), Plaintiff is advised that the Court is not able to waive the financial certificate and inmate account statement. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. Therefore, the Court will construe Plaintiff's motion to waive financial certificate (ECF No. 6) as a motion for extension of time to file his inmate account statement for the past six months and a properly executed financial certificate. The Court grants Plaintiff's motion for extension of time. (ECF No. 6).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **forty-five (45) days** from the date of this order, Plaintiff will either: (1) file an inmate account statement for the past six months and a properly executed financial certificate in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file an inmate account statement for the past six months and a properly executed financial certificate, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to

acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that Plaintiff's motion for extension of time (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED THIS 11th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE